No. 1328, Misc.   SLIVA *v.* RUNDLE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 1332, Misc.   WILLIAMS *v.* LAVALLEE, WARDEN. Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se.*   *Louis J. Lefkowitz,* Attorney General of New York, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 1334, Misc.   MILLS *v.* TINSLEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.   *Samuel D. Menin* for petitioner.   *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.   ▮

No. 1336, Misc.   SIRES *v.* COLE, JUDGE, ET AL.   C. A. 9th Cir.   Certiorari denied.   ▮

No. 1338, Misc.   HOOPER *v.* FLORIDA.   Supreme Court of Florida.   Certiorari denied.   Petitioner *pro se.*   *Richard W. Ervin,* Attorney General of Florida, for respondent.

No. 1339, Misc.   CORREA *v.* NEW YORK.   Supreme Court of New York, New York County.   Certiorari denied.   *Ephraim London* and *Martin Garbus* for petitioner.

No. 1341, Misc.   RAINSBERGER *v.* LAMB, SHERIFF. C. A. 9th Cir.   Certiorari denied.   *Samuel S. Lionel* for petitioner.   *Charles L. Garner* for respondent.   ▮

No. 1351, Misc.   CLARK *v.* MATTINGLY.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.   *David Applestein* for petitioner. *Cornelius H. Doherty* for respondent.